**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                              **4:08CR00261-01 WRW**

**JOSE DeJESUS NARVAEZ**

## ORDER

The United States' Motion to Dismiss Without Prejudice (Doc. No. 94) is GRANTED.

The case against defendant Jose DeJesus Narvaez is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE